# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal)** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers, (2) any transcript order form, and (3) any CJA 24 authorization form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the ECF event-**docketing statement objection/correction**.

| **Appeal No. & Caption** | United States of America (Plaintiff/Appellee) v. David Anthony Taylor (Defendant/Appellant) No. 13-4316 |
|---|---|
| **Originating No. & Caption** | United States of America v. David Anthony Taylor 7:12CR00043-001 |
| **District Court & Judge** | Western District of Virignia (Roanoke) Hon. Glen Conrad |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Date of entry of order/judgment appealed from | 04/23/2013 | |
| Date this notice of appeal filed | 04/25/2013 | |
| If cross appeal, date first notice of appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final order or judgment? | ◉ Yes | ◯ No |
| If appeal is not from final judgment, why is order appealable? | | |

**Transcript –** Order all necessary transcript now. Extensions of the briefing schedule to order additional transcript are disfavored

(Identify necessary transcript dates and state whether the transcript is on file or a copy of the transcript order is attached. CJA counsel must attach copy of the CJA 24 with the transcript order.).

| | | | | |
|---|---|---|---|---|
| Trial Date(s): | 01/23 to 01/25, 2013 | ○ On File | ⊗ Order Attached | ○ Not Needed |
| Plea Date: | | ○ On File | ○ Order Attached | ⊗ Not Needed |
| Sentence Date: | | ○ On File | ○ Order Attached | ⊗ Not Needed |
| Other Date(s): | Motion 01/03/2013 | ○ On File | ⊗ Order Attached | ○ Not Needed |

**Case Handling Requirements** (answer any that apply)

| | |
|---|---|
| Case number of any prior appeal in same case | |
| Case number of any pending appeal in same case | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | If abeyance or consolidation is warranted, counsel must file an appropriate motion. |
| Is expedited disposition necessary? | ○ Yes    ⊗ No |
| | If yes, motion to expedite must be filed. |

**Issues** (Non-binding statement of issues to raise on appeal. Attach additional page if necessary.)

The Trial Court erred in denying defendant's motion to appoint an expert witness of intent to rob cocaine rather than limiting evidence to robbery of marijuana and proceeds, in not sustaining defendant's motion for mistrial and dismissing the case based on an improper opening statement by the prosecutor, in admitting evidence of other crimes during the jury trial, and in denying defendant's motion to dismiss the case both at the end of the Government's case and after the defendant presented evidence based on the Government's failure to offer any evidence as to interstate commerce being affected by the robberies.

| Appellant's Name & Address | Counsel's Name & Address |
|---|---|
| Name: David Anthony Taylor<br>Address: Augusta Correctional Ctr.<br>1821 Estaline Valley Rd.<br>Craigsville, VA  24430<br><br>E-Mail: N/A<br><br>Phone: N/A | Name: Dennis E. Jones, Esq.<br>Address: 110 Abingdon Place<br>Abingdon, VA  24211<br><br>E-Mail: dejones@bvu.net<br><br>Phone: (276) 619-5005 |

Signature: *Dennis E. Jones*   Date: 5/20/13

Counsel for: David Taylor, Appellant

**Certificate of Service**: I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| Mailed to:<br>Mr. David Anthony Taylor<br>Augusta Correcitonal Ctr.<br>1821 Estaline Valley Rd.<br>Craigsville, VA  24430 | I certify that on 5/20/13, I emailed a copy of this document to David Taylor at the address lsited. |
|---|---|

Signature: *Dennis E. Jones*   Date: 5/20/13

FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style **United States (Appellee) v. David Anthony Taylor (Appellant)**
Dist. Ct. No. **7:12CR00043-001**    District **Western District of Virginia**
Date Notice of Appeal filed    **04/26/13**    Court of Appeals No. **13-4316**
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) **Janelle Mundy**
Address of Reporter **210 Franklin Road, SW, Roanoke, VA  24011**

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☐ Sentencing | |
| ☐ Bail Hearing | |
| ☒ Pre-Trial Proceedings (specify) Hearing on Motion | January 3, 2013 |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

TOTAL ESTIMATED PAGES  **30**

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made.
   ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
   ☐ Criminal Justice Act. The original CJA 24 Form has been submitted to the district court clerk and a copy is attached.
   ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
   ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
   ☐ Federal Public Defender - no CJA 24 Form necessary.
   ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature _Dennis E. Jones_    Typed name **Dennis E. Jones, Esquire**
Address **110 Abingdon Place, Abingdon, VA  24211**
Email **dejones@bvu.net**    Telephone No. **(276) 619-5005**
Date Sent to Reporter **05/15/13**

# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>David Anthony Taylor | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>7:12-cr-00043 | 5. APPEALS DKT./DEF. NUMBER<br>13-4316 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>US v. David Anthony Taylor | 8. PAYMENT CATEGORY<br>☐ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☒ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>TD |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
Robbery, 18 USC Sections 1951(a) and 2 (two counts), Use of Firearm 18 USC Section 924(c)(two counts)

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Opening Statements, all trial witnesses, Jury Instructions, Closing ARguments, Sentencing

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. ☐ Apportioned Cost   % of transcript with (Give case name and defendant)

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Signature of Attorney* [signed] Dennis E Jones     Date: 5/15/2013
Printed Name: Dennis E. Jones, Esquire
Telephone Number: (276) 619-5005
☒ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court
Date of Order     Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee     Date

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk     Date

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT     24. AMOUNT APPROVED

Signature of Judge or Clerk of Court     Date

# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style <u>United States (Appellee) v. David Anthony Taylor (Appellant)</u>
Dist. Ct. No. <u>7:12CR00043-001</u>   District <u>Western District of Virginia</u>
Date Notice of Appeal filed <u>04/26/13</u>   Court of Appeals No. <u>13-4316</u>
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) <u>Judy Webb</u>
Address of Reporter <u>210 Franklin Road, SW, Roanoke, VA 24011</u>

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In <u>Anders</u> appeals, plea (or trial) and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the <u>Judicial Conference Policy on Privacy and Public Access to Electronic Case Files</u>. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | |
| ☑ Opening Statement (Plaintiff) | January 23, 2013 |
| ☑ Opening Statement (Defendant) | January 23, 2013 |
| ☑ Closing Argument (Plaintiff) | January 23, 2013 |
| ☑ Closing Argument (Defendant) | January 23-24, 2013 |
| ☑ Opinion of Court | January 24-25, 2013 |
| ☑ Jury Instructions | January 24-25, 2013 |
| ☐ Sentencing | |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | |
| ☑ Testimony (specify) | January 23-25, 2013 |
| ☐ Other (specify) | |

TOTAL ESTIMATED PAGES <u>300</u>

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made.
  ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
  ☐ Criminal Justice Act. The original CJA 24 Form has been submitted to the district court clerk and a copy is attached.
  ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
  ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
  ☐ Federal Public Defender - no CJA 24 Form necessary.
  ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature <u>Dennis E. Jones</u>   Typed name <u>Dennis E. Jones, Esquire</u>
Address <u>110 Abingdon Place, Abingdon, VA 24211</u>
Email <u>dejones@bvu.net</u>   Telephone No. <u>(276) 619-5005</u>
Date Sent to Reporter <u>05/15/13</u>

CAD
09/28/2012

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>David Anthony Taylor | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>7:12-cr-00043 | 5. APPEALS DKT./DEF. NUMBER<br>13-4316 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>US v. David Anthony Taylor | 8. PAYMENT CATEGORY<br>☐ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☒ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>TD |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
Robbery, 18 USC Sections 1951 (a) and 2 (two counts), Use of Firearm 18 USC Section 924(c)(two counts)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Opening Statements, all trial witnesses, Jury Instructions, Closing ARguments, Sentencing

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Dennis E. Jones* — 5/15/2013
Signature of Attorney — Date
Dennis E. Jones, Esquire
Printed Name
Telephone Number: (276) 619-5005
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. | TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|---|
| | Original | | | | | | |
| | Copy | | | | | | |
| | Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____ Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____ Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT _____ | 24. AMOUNT APPROVED _____

Signature of Judge or Clerk of Court _____ Date _____